# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-2705
Lower Tribunal No. 21-1143-CA

_____

JEFFERY DEMSKI,

Appellant,

v.

JOSEPH LOYD and KIMBERLY LOYD,

Appellees.

_____

Appeal from the Circuit Court for Charlotte County.
Geoffrey H. Gentile, Judge.

September 6, 2024

PER CURIAM.

AFFIRMED. *See Ager v. Berger*, 326 So. 3d 1190, 1191 (Fla. 5th DCA 2021) (a district court is not bound by a party's confession of error); Fla. R. Civ. P. 1.490(i) ("The parties may file exceptions to the report within 10 days after it is served. . . . If no exceptions are timely filed, the court shall take appropriate action on the report."); *Garrison v. PHH Mortg. Corp.*, 298 So. 3d 116, 118 (Fla. 1st DCA 2020) ("The consequence of not filing exceptions is a failure to preserve the issue for

appellate review."); *Gatchell v. Kryvosheia*, 370 So. 3d 374, 376 (Fla. 5th DCA 2023) ("Failure to file exceptions constituted failure to preserve issues for appeal.").

WHITE, MIZE and GANNAM, JJ., concur.

Andrea Flynn Mogensen, of Law Office of Andrea Flyn Mogensen, P.A., Sarasota, for Appellant.

Michael P. Haymans, of Michael P. Haymans Attorney at Law, P.A., Punta Gorda, for Appellees.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED